IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KARL ARCHIBALD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-728 |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | Judge Campbell |
| NASHVILLE & DAVIDSON COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Karl Archibald, Jr., a pretrial detainee currently held at the Davidson County Criminal Justice Center in Nashville, Tennessee, has filed a *pro se* Complaint for Violation of Civil Rights under 42 U.S.C. § 1983 (ECF No. 1). The plaintiff has also submitted an application to proceed *in forma pauperis*. (ECF No. 2.)

A prisoner seeking pauper status must include "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" along with his application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(2). Unfortunately, the plaintiff here has not provided such a statement.

Accordingly, Mr. Archibald is hereby **GRANTED** thirty (30) days from the date of entry of this order on the docket in which to either pay the full $350 filing fee or submit the aforementioned certified copy of the trust fund account statement (or institutional equivalent).

The plaintiff is forewarned that, should he fail to comply with the instructions of the court within the thirty-day time limit, his application to proceed *in forma pauperis* will be denied, the filing fee will be assessed against him and collected from his inmate trust account, and this action will be dismissed for failure to comply with the instructions of the court and for want of prosecution. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

_____
Todd Campbell
United States District Judge