IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KARL ARCHIBALD, JR.         )
                            )
v.                          ) NO. 3-11-0728
                            ) JUDGE CAMPBELL
METROPOLITAN GOVERNMENT     )
OF NASHVILLE AND DAVIDSON   )
COUNTY, et al.              )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 63), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss (Docket No. 36) of Defendants Meredith Corporation (Channel 4 News), Sinclair Television of Nashville, Inc. (Fox 17 News), Young Broadcasting of Nashville, LLC (Channel 2 News), and NewsChannel 5 Network LLC (Channel 5 News) is GRANTED, and Plaintiff's claims against these Television Station Defendants are DISMISSED with prejudice.

In addition, the Motion to Dismiss (Docket No. 54) of Defendant Davidson County Public Defender's Office is GRANTED, and Plaintiff's claims against the Davidson County Public Defender's Office are DISMISSED with prejudice.

Finally, Plaintiff's claims against the remaining Defendants - - Face It Newspaper, Mugshot, Jerry Conley, Cheldriana Conley and Curtis Hafley - - are DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 4(m).

The Clerk is directed to close this file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                _____
                                                                                                 TODD J. CAMPBELL
                                                                                                 UNITED STATES DISTRICT JUDGE